# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY
# LEXINGTON DIVISION

IN RE:  Sudie Carlon Rison  
       101 Quail Ridge Road  
       Winchester, KY 40391

XXX-XX-3298

Case Number: 15-52052

## NOTICE OF ALLOWANCE OF CLAIMS

The Chapter 13 Trustee gives notice to the creditors listed below, debtor, and debtor's counsel, of the allowance of claims as follows. To the extent the allowance of claims contradicts the treatment of any claim in the confirmed plan, this Notice shall constitute a modification of the plan pursuant to 11 U.S.C. 1329. Any objection must be filed within 30 days from the date of this Notice, served on the trustee, and set for hearing.

At this time the trustee estimates that general unsecured creditors will receive 0.00% of the amount of their allowed claims.

### Schedule of Claims

| ID | Creditor Name | Claim Amount | Claimed Amount |
|---|---|---|---|
| 20 | AMERICAN INFOSOURCE LP<br>T MOBILE/T MOBILE USA INC<br>P O BOX 248848<br>OKLAHOMA CITY, OK  73124-8848 | $486.51 | UNSECURED<br>Interest Rate: 0.00<br>Acct No: 1971<br><br>2-1  PHONE SERV |
| 24 | AMERICAN INFOSOURCE LP<br>% DIRECTV LLC<br>P O BOX 5008<br>CAROL STREAM, IL  60197-5008 | $301.37 | UNSECURED<br>Interest Rate: 0.00<br>Acct No: 5266<br><br>12-1 |
| 22 | ASCENSION CAPITAL GROUP LP<br>ATTN CAPITAL ONE AUTO FINANCE<br>P O BOX 201347<br>ARLINGTON, TN  76000-6000 | $0.00<br>Notice Creditor | NOTICE ONLY<br>Interest Rate: 0.00<br>Acct No: |
| 21 | ATLAS ACQUISITIONS LLC<br>294 UNION STREET<br>HACKENSACK, NJ  07601 | $1,220.00 | UNSECURED<br>Interest Rate: 0.00<br>Acct No: 5749<br><br>6-1  MYCASHNOW |
| 1 | CAPITAL ONE AUTO FINANCE<br>% ASCENSION CAPITAL GROUP<br>P O BOX 201347<br>ARLINGTON, TX  76006 | $795.32 | VEHICLE CLAIM<br>Interest Rate: 5.25<br>Acct No: 8608<br><br>4-1:  2008 MITSU GALANT |

**Schedule of Claims**

| ID | Creditor Name | Claim Amount | Claimed Amount | |
|---|---|---|---|---|
| 5 | CAVALRY SPV I LLC<br>P O BOX 27288<br>TEMPE, AZ  85282 | $1,307.97 | UNSECURED<br>Interest Rate:<br>Acct No: 3116<br><br>1-1  CAPITAL ONE | 0.00 |
| 9 | CLARK REGIONAL MEDICAL CENTER<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 1927<br>GREENVILLE, SC  29602 | $111.41 | UNSECURED<br>Interest Rate:<br>Acct No: 9895<br><br>11-1 | 0.00 |
| 2 | HEIGHTS FINANCE CORPORATION<br>2719 FT. CAMPBELL BLVD<br>HOPKINSVILLE, KY  42240 | $4,760.22 | UNSECURED<br>Interest Rate:<br>Acct No: 1280<br><br>8-1 Consumer Goods/Judgment | 0.00 |
| 0 | KERMODE, JOHN D.<br>ATTORNEY AT LAW<br>1608 HARRODSBURG RD<br>LEXINGTON, KY  40504 | $2,000.00 | ATTORNEY FEE<br>Interest Rate:<br>Acct No: | 0.00 |
| 17 | LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $481.12 | UNSECURED<br>Interest Rate:<br>Acct No: 4550<br><br>13-1 | 0.00 |
| 23 | MIDLAND FUNDING LLC<br>% MIDLAND CREDIT MANAGEMENT<br>P O BOX 2011<br>WARREN, MI  48090 | $1,105.10 | UNSECURED<br>Interest Rate:<br>Acct No: 6105<br><br>10-1 | 0.00 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>P O BOX 12914<br>NORFOLK, VA  23541 | $1,166.93 | UNSECURED<br>Interest Rate:<br>Acct No: 5171<br><br>14-1 | 0.00 |
| 7 | QUANTUM3 GROUP LLC<br>% SADINO FUNDING LLC<br>P O BOX 788<br>KIRKLAND, WA  98083-0788 | $591.24 | UNSECURED<br>Interest Rate:<br>Acct No: 5328<br><br>9-1 Check Advance | 0.00 |

**Schedule of Claims**

| ID | Creditor Name | Claim Amount | Claimed Amount |
|---|---|---|---|
| 15 | SEVENTH AVENUE<br>% CREDITORS BANKRUPTCY SERVICE<br>P O BOX 800849<br>DALLAS, TX  75380 | $548.70 | UNSECURED<br>Interest Rate:   0.00<br>Acct No: 7570<br><br>5-1  GOODS SOLD |
| 18 | WELLS FARGO DEALER SERVICES<br>P O BOX 17900<br>DENVER, CO  80217-0900 | $2,068.73<br>Paid Outside per Order/ | VEHICLE CLAIM<br>Interest Rate:   0.00<br>Acct No: 6917<br><br>7-1:  2004 CHEVY TAHOE |
| 3 | WORLD FINANCE CORP<br>% WORLD ACCEPTANCE CORP<br>ATTN: BANKRUPTCY PROCESSING CENTER<br>P O BOX 6429<br>GREENVILLE, SC  29606 | $4,689.41 | VEHICLE CLAIM<br>Interest Rate:   4.25<br>Acct No: 1449/5274<br><br>3-1:  '00 MUSTANG/'08 GALANT/PERS PROP |

Date:   December 17, 2016

/s/ BEVERLY M. BURDEN, TRUSTEE
Beverly M. Burden, Chapter 13 Trustee
Ky Bar ID: 09330
P O Box 2204
Lexington, KY  40588-2204
notices@ch13edky.com
859-233-1527